# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NANCY JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:15CV174** |
| | ) | |
| V. | ) | |
| | ) | |
| **TAMARIN LODGING, LLC,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on the Nebraska Department of Labor's Objection to Plaintiff's Subpoena Dues Tecum (filing 13) and Plaintiff's Motion to Compel the Nebraska Department of Labor to produce the documents referenced in the Subpoena Dues Tecum (filing 10).

**IT IS ORDERED:**

1. Plaintiff's Motion to Compel (filing 10) is granted and the Nebraska Department of Labor's Objection to Subpoena Dues Tecum (filing 13) is overruled.

2. Provided Plaintiff has paid the required search and cost per page fees for the requested records, on or before November 6, 2015, the Nebraska Department of Labor shall produce the documents and items referenced in the Subpoena.

3. The Clerk of Court shall mail a copy of this Order to counsel for the Nebraska Department of Labor.

**DATED October 7, 2015.**

                                            **BY THE COURT:**

                                            **S/ F.A. Gossett**
                                            **United States Magistrate Judge**