# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| NANCY JOHNSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:15CV174 |
| | ) | |
| V. | ) | |
| | ) | |
| TAMARIN LODGING, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Citing communication difficulties with her client, Kathleen Neary has moved to withdraw as counsel for Plaintiff in this matter. ([Filing 24](#).) Under these circumstances, the Motion to Withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw ([filing 24](#)) is granted.

2. Ms. Neary shall immediately serve copies of this Order on Plaintiff and thereafter file **proof of service** showing compliance with this Order, listing the name and address of the person to whom notice was sent. **Ms. Neary will not be relieved of applicable duties to the Court, Plaintiff, and opposing counsel until proof of service is filed.**

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiff will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, **unless** substitute counsel has entered a written appearance on her behalf. If substitute counsel has not entered a written appearance, Plaintiff shall file a written notice with the Clerk of the Court of Plaintiff's current address and telephone number within five (5) business days of being served with this Order. Plaintiff may retain substitute counsel at any time. However, until such time as substitute counsel enters a written appearance, Plaintiff shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's

fees and/or the entry of default.

4. Upon Ms. Neary's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate Ms. Neary's appearance as counsel and cease further notices to her in this matter.

**DATED December 29, 2015.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**