# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV174 |
| | ) | |
| V. | ) | |
| | ) | |
| TAMARIN LODGING, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed a motion requesting that Plaintiff be compelled to serve responses to Defendant's First Set of Interrogatories and Requests for Production of Documents ("discovery requests"). ([Filing 27](#).) Defendant's motion also requests that the current progression deadlines be extended 60 days. (*[Id](#)*.) Defendant's motion will be granted.

## DISCUSSION

On October 19, 2015, Defendant served discovery requests of Plaintiff, through Plaintiff's then-attorney of record, Kathleen Neary. On or about October 29, 2015, Ms. Neary served partial "Objections to Defendant's First Set of Discovery," objecting to Defendant's Interrogatory Nos. 3 and 19 and to Defendant's Requests for Production Nos. 2, 25, 26, 31, 32, and 36. On December 29, 2015, the Court granted Ms. Neary's motion to withdraw as Plaintiff's counsel. ([Filing 25](#).) Plaintiff is currently proceeding *pro se* in this suit.

On February 4, 2016, Defendant's counsel sent additional copies of Defendant's previously-served discovery requests to Plaintiff at Plaintiff's last known mailing address. Beyond the objections asserted by Ms. Neary in October, 2009, Plaintiff has not responded to Defendant's remaining discovery requests, nor has Plaintiff contacted Defendant's counsel to discuss the matter.

Defendant is entitled to responses to the discovery requests. Therefore, an extension

of the remaining case progression deadlines is necessary to allow Defendant time to receive, review, and prepare a litigation strategy based on the outstanding responses.

Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion to Compel Discovery and to Extend Remaining Deadlines ([filing 27](filing 27)) is granted.

2. Plaintiff shall respond to Plaintiff's discovery requests no later than March 19, 2016.

3. The case progression deadlines are extended as follows:

    a. Motions for summary judgment shall be filed by July 20, 2016.

    b. Depositions shall be completed by June 15, 2016

    c. Written discovery shall be completed by April 12, 2016.

    d. Discovery motions shall be filed by May 18, 2016 as to matters then ripe for decision.

    e. Non-expert witnesses and trial exhibits shall be disclosed by October 19, 2016.

    f. Motions in limine shall be filed by November 2, 2016.

    g. The Final Pretrial Conference with the undersigned is set for November 21, 2016, at 9:30 a.m., in Courtroom No. 6, 111 South 18th Plaza, Roman L. Hruska, United States Courthouse, Omaha, Nebraska.

    h.     A jury trial will commence, at the Court's call, during the week of December 20, 2016, in Omaha, Nebraska, before Chief District Court Judge Laurie Smith Camp.

4. All other provisions in the Court's Order Setting Final Schedule for Progression of Case ([filing 21](filing 21)) remain unchanged.

5. The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her last known address.

**DATED February 17, 2016.**

                        **BY THE COURT:**

                        **S/ F.A. Gossett**
                        **United States Magistrate Judge**