IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV174 |
| | ) | |
| v. | ) | |
| | ) | |
| TAMARIN LODGING, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to withdraw from case (Filing No. 33). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to withdraw is granted; Thomas A. Ukinski, Katie S. Thurber, and Justin C. Valencia are deemed withdrawn as counsel for the Nebraska Commissioner of Labor. The clerk of court shall remove their names from CM/ECF.

DATED this 25th day of May, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court