IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NANCY JOHNSON,                )
                              )
            Plaintiff,        )      8:15CV174
                              )
      v.                      )
                              )
TAMARIN LODGING, LLC,         )      ORDER AND JUDGMENT
                              )
            Defendant.        )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion to dismiss and for sanctions is granted.  Plaintiff's action is dismissed in its entirety with prejudice.

2) Defendant's motion for sanctions is granted.  The Court will award defendant its reasonable expenses and attorney's fees incurred in bringing the February 15, 2016, Motion to Compel and the defendant's motion to dismiss and for sanctions.

3) Defendant shall present to the Court a proposal of reasonable expenses and attorney's fees within 14 days of the date of this order.

4) Plaintiff shall have fourteen days to respond to defendant's proposal in accordance with NECivR 71.(b)(1)(B).

5) All other pending motions are denied as moot.

DATED this 15th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court